**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

PAMELYN GAGNARD,                          CIVIL ACTION 1:22-CV-04132
Plaintiff

VERSUS                                    DISTRICT JUDGE WALTER

STATE FARM FIRE & CASUALTY
CO., ET AL.,                              MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## O R D E R

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law:

**IT IS ORDERED** that Defendants' Motion to Dismiss (ECF No. 27) is **GRANTED**, and Gagnard's claims against State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 19th day of May, 2025.

_____
JUDGE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE