# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| PAMELYN GAGNARD | CIVIL ACTION 1:22-CV-04132 |
| VERSUS | DISTRICT JUDGE DONALD E. WALTER |
| STATE FARM FIRE & CASUALTY CO., ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law:

**IT IS ORDERED** that Plaintiff's Complaint (Record Document 1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders under Federal Rule of Civil Procedure 41(b).

**THUS DONE AND SIGNED** in Chambers at Shreveport, Louisiana on this 6th day of August, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE